The People of the State of Illinois, defendant in error, v. Albert Goodman, plaintiff in error. Gen. No. 34,547.

 Heard in the first division of this court for the first district at the October term, 1930. Opinion filed January 26, 1931.

Schnackenberg & Hansen, for plaintiff in error; Elmer J. Schnackenberg, of counsel. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Sofie Malo, appellee, v. The Equitable Life Assurance Society of the United States and C. R. Cave, appellants. Gen. No. 34,578.

 Heard in the first division of this court for the first district at the October term, 1930. Opinion filed January 26, 1931.

Mayer, Meyer, Austrian & Platt, for appellants. William Y. Baird, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Genevieve McMullen, appellee, v. Charles W. Brown, appellant. Gen. No. 34,588.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed January 26, 1931.

Church, Haft, Robertson & Crowe, for appellant; Burt A. Crowe, of counsel. Coburn, Kearney & Coburn, for appellee; Marshall V. Kearney, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.